# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: HARMS, DEAN C.<br>　　　HARMS, LAURIE L.<br><br>Debtor(s) | § Case No. 09-75656<br>§<br>§<br>§ |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

　　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>JOSEPH D. OLSEN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　211 South Court
　　Rockford, IL 61101

　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 01/05/2011 in Courtroom 115, United States Courthouse,
211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

　　　Dated : <u>11/23/2010</u>　　　　By: <u>/s/JOSEPH D. OLSEN</u>
　　　　　　　　　　　　　　　　　　　　　　　Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: HARMS, DEAN C.<br>HARMS, LAURIE L.<br><br>Debtor(s) | § Case No. 09-75656<br>§<br>§<br>§ |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 13,002.13 |
| *and approved disbursements of* | $ 527.00 |
| *leaving a balance on hand of* [1] | $ 12,475.13 |
| **Balance on hand:** | $ 12,475.13 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 12,475.13 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 2,050.21 | 0.00 | 2,050.21 |
| Trustee, Expenses - JOSEPH D. OLSEN | 54.32 | 0.00 | 54.32 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,679.00 | 0.00 | 1,679.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 3,783.53 |
| Remaining balance: | $ | 8,691.60 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

       Total to be paid for prior chapter administrative expenses:   $    0.00
       Remaining balance:   $    8,691.60

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

       Total to be paid for priority claims:   $    0.00
       Remaining balance:   $    8,691.60

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 59,903.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Capital One Bank (USA), N.A. | 17,659.55 | 0.00 | 2,562.30 |
| 3 | Fia Card Services, NA/Bank of America | 42,243.56 | 0.00 | 6,129.30 |

       Total to be paid for timely general unsecured claims:   $    8,691.60
       Remaining balance:   $    0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 1                  Date Rcvd: Dec 14, 2010
Case: 09-75656                Form ID: pdf006            Total Noticed: 17

The following entities were noticed by first class mail on Dec 16, 2010.
db/jdb         Dean C. Harms,   Laurie L. Harms,   201 Winesap St., SW,   Poplar Grove, IL  61065-9289
aty           +Craig A Willette,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
aty           +David L Davitt,   Schlueter Ecklund,   4023 Charles Street,   Rockford, IL 61108-6199
tr            +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
14893317       Bank of America,   P.O. Box 15019,   Wilmington, DE 19886-5019
14893318       Capital One,   PO Box 105474,   Atlanta, GA 30348-5474
14893319       Capital One Bank,   P O Box 6492,   Carol Stream, IL 60197-6492
15317723       Capital One Bank (USA), N.A.,   by American Infosource Lp As Agent,   PO Box 248839,
                Oklahoma City, OK  73124-8839
14893320       Fifth Third Bank,   PO Box 740778,   Cincinnati, OH 45274-0778
14893321       Fifth Third Bank,   P.O. Box 740789,   Cincinnati, OH 45274-0789
14948246       Fifth Third Bank,   P.O. Box 829009,   Dallas, TX 75382-9009
14893322       Ford Motor Credit,   PO Box 790093,   Saint Louis, MO 63179-0093
14979476      +Ford Motor Credit Company LLC,   P O Box 6275,   Dearborn, MI 48121-6275
15045418      +Ford Motor Credit Company LLC,   % Steven L Nelson,   PO Box 3700,   Rock Island, Il 61204-3700
15045422      +Ford Motor Credit Company LLC,   % Steven L Nelson,   Snyder Park & Nelson PC,   PO Box 3700,
                Rock Island, Il 61204-3700
14893323       Nationwide Advantage Mortgage,   PO Box 790310,   Saint Louis, MO 63179-0310

The following entities were noticed by electronic transmission on Dec 15, 2010.
15681796       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 15 2010 01:38:46
                Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
                Oklahoma City, OK  73124-8809
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 16, 2010**                    **Signature:** _Joseph Speetjens_