# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: HARMS, DEAN C. | § | Case No. 09-75656 |
| HARMS, LAURIE L. | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $198,950.00 *(without deducting any secured claims)* | Assets Exempt: $18,500.00 |
| Total Distribution to Claimants: $8,691.83 | Claims Discharged Without Payment: $51,211.28 |
| Total Expenses of Administration: $4,310.53 | |

3)  Total gross receipts of $    13,002.36    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $        0.00        (see **Exhibit 2**), yielded net receipts of $13,002.36 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $17,328.25 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,310.53 | 4,310.53 | 4,310.53 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 59,903.11 | 59,903.11 | 8,691.83 |
| **TOTAL DISBURSEMENTS** | $0.00 | $81,541.89 | $64,213.64 | $13,002.36 |

4) This case was originally filed under Chapter 7 on December 28, 2009. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/21/2011_____ By: /s/JOSEPH D. OLSEN_____
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Stock in WS Hampshire, Inc. (7 1/2%) | 1129-000 | 13,000.00 |
| Interest Income | 1270-000 | 2.36 |
| **TOTAL GROSS RECEIPTS** | | $13,002.36 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 4110-000 | N/A | 17,328.25 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $17,328.25 | $0.00 | $0.00 |

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,050.21 | 2,050.21 | 2,050.21 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 54.32 | 54.32 | 54.32 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,679.00 | 1,679.00 | 1,679.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 27.00 | 27.00 | 27.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Benning Group, LLC (Sikich. LLP) | 3410-000 | N/A | 500.00 | 500.00 | 500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,310.53 | 4,310.53 | 4,310.53 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 17,659.55 | 17,659.55 | 2,562.37 |
| 3 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 42,243.56 | 42,243.56 | 6,129.46 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 59,903.11 | 59,903.11 | 8,691.83 |

Exhibit 8

## Form 1

Page: 1

### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 09-75656

**Case Name:** HARMS, DEAN C.
HARMS, LAURIE L.

**Period Ending:** 02/21/11

**Trustee:** (330400)   JOSEPH D. OLSEN

**Filed (f) or Converted (c):** 12/28/09 (f)

**§341(a) Meeting Date:** 01/28/10

**Claims Bar Date:** 06/14/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 201 Winesap, Poplar Grove<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 180,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 3 Accounts - 5/3 Bank<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,950.00 | 0.00 | DA | 0.00 | FA |
| 3 | Misc. Household Goods, Appliances & Furnishings<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Misc Clothing & jewelry<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | 401k Plan<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Stock in WS Hampshire, Inc. (7 1/2%)<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | Unknown | 13,000.00 | | 13,000.00 | FA |
| 7 | 2005 Ford Taurus<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2000 Honda Accord 162K Miles<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 3,500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 2.36 | Unknown |
| 9 | **Assets**      **Totals** (Excluding unknown values) | **$198,950.00** | **$13,000.00** | | **$13,002.36** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-75656

**Case Name:** HARMS, DEAN C.
HARMS, LAURIE L.

**Period Ending:** 02/21/11

**Trustee:** (330400) JOSEPH D. OLSEN

**Filed (f) or Converted (c):** 12/28/09 (f)

**§341(a) Meeting Date:** 01/28/10

**Claims Bar Date:** 06/14/10

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**  December 31, 2010

**Current Projected Date Of Final Report (TFR):**  December 31, 2010

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-75656
**Case Name:** HARMS, DEAN C.
HARMS, LAURIE L.
**Taxpayer ID #:** **-***8697
**Period Ending:** 02/21/11

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******66-65 - Money Market Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/14/10 | {6} | WS Hampshire, Inc. | sale of stock | 1129-000 | 13,000.00 | | 13,000.00 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.39 | | 13,000.39 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.78 | | 13,001.17 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.76 | | 13,001.93 |
| 09/08/10 | | To Account #9200******6666 | Pay Accountants fees | 9999-000 | | 500.00 | 12,501.93 |
| 09/08/10 | | To Account #9200******6666 | Pay State Taxes | 9999-000 | | 27.00 | 12,474.93 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,475.03 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,475.13 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,475.23 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,475.33 |
| 01/07/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.03 | | 12,475.36 |
| 01/07/11 | | To Account #9200******6666 | Prep. of Amd Dist. Rpt | 9999-000 | | 12,475.36 | 0.00 |

|  | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | 13,002.36 | 13,002.36 | $0.00 |
| Less: Bank Transfers | 0.00 | 13,002.36 | |
| **Subtotal** | 13,002.36 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $13,002.36 | $0.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-75656
**Case Name:** HARMS, DEAN C.
　　　　　　　　HARMS, LAURIE L.
**Taxpayer ID #:** **-***8697
**Period Ending:** 02/21/11

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******66-66 - Checking Account
**Blanket Bond:** $1,500,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/08/10 | | From Account #9200******6665 | Pay Accountants fees | 9999-000 | 500.00 | | 500.00 |
| 09/08/10 | | From Account #9200******6665 | Pay State Taxes | 9999-000 | 27.00 | | 527.00 |
| 09/08/10 | 101 | Illinois Department of Revenue | Pay state taxes | 2820-000 | | 27.00 | 500.00 |
| 10/01/10 | 102 | Benning Group, LLC (Sikich. LLP) | Per Court order of 9/29 to pay accountants | 3410-000 | | 500.00 | 0.00 |
| 01/07/11 | | From Account #9200******6665 | Prep. of Amd Dist. Rpt | 9999-000 | 12,475.36 | | 12,475.36 |
| 01/12/11 | 103 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,679.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,679.00 | 10,796.36 |
| 01/12/11 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,050.21, Trustee Compensation;  Reference: | 2100-000 | | 2,050.21 | 8,746.15 |
| 01/12/11 | 105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $54.32, Trustee Expenses;  Reference: | 2200-000 | | 54.32 | 8,691.83 |
| 01/12/11 | 106 | Capital One Bank (USA), N.A. | Dividend paid  14.50% on $17,659.55; Claim# 2; Filed: $17,659.55; Reference: | 7100-000 | | 2,562.37 | 6,129.46 |
| 01/12/11 | 107 | Fia Card Services, NA/Bank of America | Dividend paid  14.50% on $42,243.56; Claim# 3; Filed: $42,243.56; Reference: | 7100-000 | | 6,129.46 | 0.00 |

|  |  | ACCOUNT TOTALS | 13,002.36 | 13,002.36 | $0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers | 13,002.36 | 0.00 | |
| | | **Subtotal** | **0.00** | **13,002.36** | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | **$0.00** | **$13,002.36** | |

| Net Receipts : | 13,002.36 |
|---|---|
| Net Estate : | $13,002.36 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******66-65** | **13,002.36** | **0.00** | **0.00** |
| **Checking # 9200-******66-66** | **0.00** | **13,002.36** | **0.00** |
| | $13,002.36 | $13,002.36 | $0.00 |

{} Asset reference(s)

Printed: 02/21/2011 01:25 PM    V.12.56